HENRY AMY et al., Respondents, *v.* ABRAM STEIN et al., Appellants.

(Argued October 17, 1883 ; decided October 26, 1883.)

*Samuel Hand* for appellants.

*N. C. Moak* for respondents.

Agree to affirm ; no opinion.
All concur, except EARL and DANFORTH, JJ., dissenting.
Judgment affirmed.

---

KATE A. SPERRY, Respondent, *v.* GEORGE GARDNER, Appellant.

(Argued October 17, 1883 ; decided October 26, 1883.)

*Sidney S. Harris* for appellant.

*John L. Branch* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.